**Electronically Filed
Supreme Court
SCWC-21-0000714
11-AUG-2025
09:12 AM
Dkt. 20 ODAC**

SCWC-21-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOHN HERZOG,
Petitioner/Appellant-Appellant,

vs.

HAWAI'I DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000714; CASE. NO. 1CCV-19-0002024)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on June 16, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

